IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE:  Motion to Quash Subpoena Served upon Martin Industrial Supply Company, Inc., <br><br>Non-Party Movant. <br><br>ELECTROLUX HOME PRODUCTS, INC., <br><br>Plaintiff, <br><br>VS. <br><br>WHITESELL CORPORATION, <br><br>Defendant. | No. 05-mc-1007-T/An |

### ORDER OF REFERENCE

Non-party movant Martin Industrial Supply Company, Inc. has filed a motion to quash a deposition subpoena issued in this district and served on June 24, 2005, requiring the movant's appearance on August 12, 2005 to answer questions and to produce certain records. The subpoena was issued in connection with an action pending in the U.S. District Court for the Southern District of Georgia, Electrolux Home Prods., Inc. v. Whitesell Corp., No. 1:03-cv-050-DHB (S.D. Ga.).

This matter is hereby REFERRED to U.S. Magistrate Judge S. Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

1 August 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  8/3/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Honorable James Todd
US DISTRICT COURT