IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: Motion to Quash Subpoena<br>Served upon Martin Industrial<br>Supply Company, Inc., </br><br>Non-Party Movant,</br><br>ELECTROLUX HOME PRODUCTS, INC.,</br><br>Plaintiff,</br><br>vs.</br><br>WHITESELL CORPORATION,</br><br>Defendant.</br> | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   No.   05-1007 T/An<br>)<br>)<br>)<br>)<br>) |

## ORDER SETTING HEARING

Before the Court is the Non-Party Movant's Motion to Quash a Deposition Subpoena filed on July 28, 2005. After consideration, it is **ORDERED** that a hearing shall be held before United States Magistrate Judge S. Thomas Anderson on **THURSDAY, AUGUST 11, 2005 at 10:30 A.M. in Courtroom M-3, 9th Floor, Federal Building, MEMPHIS, TENNESSEE.**

IT IS SO ORDERED.

*S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 02, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 8/4/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Honorable James Todd
US DISTRICT COURT