IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| IN RE: Motion to Quash Subpoena ) | |
| Served upon Martin Industrial ) | |
| Supply Company, Inc., ) | |
| ) | |
| Non-Party Movant, ) | |
| ) | |
| ELECTROLUX HOME PRODUCTS, ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 05-1007 T/An |
| ) | |
| WHITESELL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO QUASH

Before the Court is the Non-Party Movant's Motion to Quash a Deposition Subpoena filed on July 28, 2005. Mr. D. Christopher Carson of Burr & Furman, who represents Non-Party Movant Martin Industrial Supply Co., has informed the Court that the parties have tentatively resolved this dispute. Therefore, the Court's intervention is no longer required, and the instant motion is **DENIED** as moot.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 12, 2005

1

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on 8/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Honorable James Todd
US DISTRICT COURT