IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ELECTROLUX HOME PRODUCTS, INC.,

    Plaintiff,

VS.                                           No. 05-MC-1007-T

WHITESELL CORPORATION,

    Defendant.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

D. Chris Carson has moved for permission to permit James A. Hoover to participate pro hac vice in this action. Mr. Hoover is a member in good standing in the U. S. District Court for the Northern District of Alabama. For good cause shown, that motion is granted. It is hereby ordered that James A. Hoover be admitted pro hac vice and may actively participate in this action, including pre-trial and post-trial proceedings before this court.

IT IS SO ORDERED.

_s/ James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

17 August 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/19/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

James A. Hoover
BURR & FORMAN, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, AL 35203

Honorable James Todd
US DISTRICT COURT