IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ELECTROLUX HOME PRODUCTS, INC.,

    Plaintiff,

VS.                                                 No. 05-MC-1007

WHITESELL CORPORATION,

    Defendant.

### ORDER ON MOTION FOR ADMISSION PRO HAC VICE

Edmond E. Koester has moved to appear pro hac vice in this action on behalf of the defendant. Mr. Koester is licensed to practice law in the State of Florida, the United States District Court for the Middle, Northern and Southern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit. For good cause shown, that motion is granted. It is hereby ordered that Mr. Koester be admitted pro hac vice as counsel for defendant, and may actively participate in any trial, pre-trial and post-trial proceedings before this court.

    IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

12 October 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/14/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Edmond E. Koester
GOODLETTE COLEMAN & JOHNSON , P.A.
4001 TAMIAMI TRAIL NORTH
STE 300, NORTHERN TRUST BANK BLDG
NAPLES, FL 34103

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

James A. Hoover
BURR & FORMAN, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, AL 35203

Honorable James Todd
US DISTRICT COURT