IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ELECTROLUX HOME PRODUCTS, INC.,

    Plaintiff,

VS.                    No. 05-MC-1007-T

WHITESELL CORPORATION,

    Defendant.

### ORDER OF REFERENCE

Non-Party Martin's Renewed Motion to Quash the Subpoenas of Defendant Whitesell Corporation; Martin's Motion for a Protective Order; and Martin's Motion for Attorney's Fees and Litigation Expenses are hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 October 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

James A. Hoover
BURR & FORMAN, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, AL 35203

Edmond E. Koester
GOODLETTE COLEMAN & JOHNSON , P.A.
4001 TAMIAMI TRAIL NORTH
STE 300, NORTHERN TRUST BANK BLDG
NAPLES, FL 34103

Honorable James Todd
US DISTRICT COURT