IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

ELECTROLUX HOME PRODUCTS, INC.,

    Plaintiff,

VS.

WHITESELL CORPORATION,

    Defendant.

No. 05-1007-T/An
Re: CV103-050 Southern Dist. of Georgia

## ORDER OF REFERENCE

Defendant Whitesell Corporation's Motion for Hearing is hereby referred to United States Magistrate Judge Thomas Anderson for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

29 December 2005
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12/30/05__

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-MC-01007 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

D. Christopher Carson
BURR & FORMAN
3100 South Trust Tower
420 N. 20th St.
Birmingham, AL 35283--071

Edmond E. Koester
GOODLETTE COLEMAN & JOHNSON , P.A.
4001 TAMIAMI TRAIL NORTH
STE 300, NORTHERN TRUST BANK BLDG
NAPLES, FL 34103

James A. Hoover
BURR & FORMAN, LLP
3100 Southtrust Tower
420 North 20th Street
Birmingham, AL 35203

Honorable James Todd
US DISTRICT COURT